UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,                 :
                                          :
                                          :  **ORDER**
         -against-                        :
                                          :  13 Cr 58 (AKH)
LOUIS BORRERO.                            :
                                          :
                              Defendant.  :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   The Government shall file its response to Defendant's motion for compassionate release, ECF No. 772, by January 4, 2021.  Defendant shall file any reply by January 11, 2021.

   SO ORDERED.

Dated:   December 21, 2020
         New York, New York

                                       /s/  Alvin K. Hellerstein
                                   ALVIN K. HELLERSTEIN, U.S.D.J.