UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                  :

UNITED STATES OF AMERICA,           :

                                                :   **ORDER**

     -against-                          :

                                                :   13 Cr. 58 (AKH)

LOUIS BORRERO,                      :

                                                :

                        Defendant.      :

                                                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant has previously filed two separate motions for a reduction in sentence, both of which I denied. *See* ECF Nos. 784 and 834. The first of these I denied because U.S.C. § 3582(c)(1)(A) required that a defendant pursue administrative relief before petitioning the Court. The second of these I denied because the defendant failed to set forth any specific guideline amendment which would alter the status of his conviction.

      We will consider the Defendant's letter (ECF No. 851), to be a motion for rehearing on his two prior petitions for a reduction in sentence.

      Additionally, Steven Brill, the CJA attorney on duty, is appointed as CJA counsel to represent Louis Borrero in this matter.

      SO ORDERED.

Dated:      February 22, 2024            /s/   Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                                     United States District Judge