UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
        :
UNITED STATES OF AMERICA,        :
        :    **ORDER**
   -against-        :
        :    13 Cr. 58 (AKH)
LOUIS BORRERO,        :
        :
       Defendant.        :
        :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In October 2014, Defendant Louis Borrero was convicted by a jury of (1) conspiracy to distribute, or possess with intent to distribute, 1 kilogram and more of cocaine, in violation of 21 U.S.C. §§ 841(a), 841(b)(1)(A) and 846; (2) conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951; and (3) possession of a firearm in connection with a crime of violence, in violation of 18 U.S.C. §§ 924(c). Borrero is currently serving his 324-month sentence for his role in a drug trafficking conspiracy.

      Defendant has now filed what the Court construed as a motion for rehearing on his two prior petitions for a reduction in sentence. ECF No. 851. "The standard for granting a motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." *Analytical Surveys, Inc. v. Tonga Partners, LP*, 684 F.3d 36, 41 (2d Cir. 2012). Borrero fails to make this showing, as his letter does not include arguments for why my prior denials of his motions for compassionate release were improper. As such, the motion for reconsideration is denied.

      SO ORDERED.

Dated:    September 4, 2024
           New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge